William DUDLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 47456.

Missouri Court of Appeals,
Western District.

Feb. 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 29, 1994.

Application to Transfer Denied
April 26, 1994.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and
BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

The denial of post-conviction relief is affirmed. Rule 84.16(b).